Railroad Co., *et al.*, v. James H. Williams *et al.*, 45 Fla 295.

---

Saint Paul Fire & Marine Insurance Company, a Corporation, Appellant, v. R. J. Evans, as Trustee in Bankruptcy of the Estate of R. E. Hightower and Gilbert Hartsfield,. partners, lately doing business under the firm name of The Tallahassee Mercantile Company, *et al.*, Appellees.

(Supreme Court of Florida, *En Banc*, March 9, 1909.)

Appeal from Circuit Court, Leon county; John W. Malone, Judge.

George B. Perkins, for Appellant.

R. W. Williams, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants and the complainant appealed. Decree affirmed but without prejudice to the right of the appellant to proceed in the Federal Courts as it may be advised.

Decision Per Curiam.

HOCKER, J., dissenting.

---

The British America Assurance Company, a Corporation, Appellant, v. R. J. Evans, as Trustee in Bankruptcy of the Estate of R. E. Hightower and Gilbert